# United States District Court
# Central District of California

| | |
|---|---|
| CHRIS LANGER,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVE DEMIRCIFT; ARYET DEMIRCIFT; THE OPTICAL SHOP OF ASPEN; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:15-cv-5006-ODW(PLA)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 15), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **on or before November 20, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar, and the Court's Order to Show Cause re: Lack of Prosecution is **DISCHARGED**. (ECF No. 14.) The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**        September 22, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**